REDACTED COPY

**FILED**
2018 MAY 16 PM 12: 56
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INDICTMENT** |
| BENJAMIN SANCHEZ-AGUIRRE | § § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): Illegal Re-entry into the United States.] |

THE GRAND JURY CHARGES:

**DR18CR0971**

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about April 20, 2018, in the Western District of Texas, Defendant,

BENJAMIN SANCHEZ-AGUIRRE,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about July 16, 2010, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

A TRUE BILL..

FOREPERSON

JOHN F. BASH
United States Attorney

By: _____
JUSTIN CHUNG
Assistant United States Attorney

SEALED:
UNSEALED: XX

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR18CR0971**

COUNTY: MAVERICK   USAO#: 2018R08421

DATE: MAY 16, 2018   MAG. CT. #: DR18-3704M

AUSA: JUSTIN CHUNG

DEFENDANT: BENJAMIN SANCHEZ-AGUIRRE

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: YES   LANGUAGE: SPANISH

DEFENSE ATTORNEY: JOSEPH ANTHONY CORDOVA

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., STE. A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED   DATE OF ARREST: APRIL 20, 2018

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (CODE & DESCRIPTION): 8 U.S.C. § 1326(a)(1) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3